**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

ANTONIO ESTRADA, *individually and on*
*behalf of others similarly situated,*

      *Plaintiff,*      **1:22-cv-02123-CM**

   -against-

LAGOS LOUNGE INC. (D/B/A LAGOS
RESTAURANT AND LOUNGE) and JOHN-
PAUL WADIBIA,

      *Defendants.*
-------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __9\|13\|2022__ |

## NOTICE OF MOTION

MEMO ENDORSED

**PLEASE TAKE NOTICE**, THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE **July 25, 2022** THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

Dated: New York, New York
   June 16, 2022

*[Handwritten endorsement:]* 9/13/2022 An affidavit from counsel is not admissible evidence. This is not state court. (reply are) The complaint is not verified. Please get the plaintiff to certify that the facts pleaded in the complaint are true. Then and only then will the court consider this motion. or in his attorney's affidavit.

CSM LEGAL, P.C.

By: /s/ Catalina Sojo
     Catalina Sojo, Esq.
     CSM LEGAL, P.C.
     One Grand Central Place
     60 East 42nd Street, Suite 4510
     New York, New York 10165
     Tel: (212) 317-1200
     Fax: (212) 317-1620
     Email: catalina@csm-legal.com
     *Attorneys for Plaintiffs*