UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

ANTONIO ESTRADA,

       Plaintiff,

-against-                                      22 CIV 2123 (CM)(GWG)

LAGOD LOUNGE INC., (D/B/A LAGOS
RESTAURANT AND LOUNGE) and
JOHN-PAUL WADIBIA,

       Defendant.

————————————————————————x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2022

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

McMahon, J.:

    Plaintiff Antonio Estrada, acting individually, having moved for a default judgment against Defendants (Docket #19), and having filed a sworn declaration (Exhibit E to Docket #20) in support thereof, and Defendant having failed to appear in response to service of the Notice of Motion and the Clerk's Certificate of Default (Docket #18), and Mr. Estrada's declaration having established the facts in support of his individual claim

    IT IS HEREBY ORDERED that the motion (Docket #19) is GRANTED, and that a judgment of liability be entered against Defendants, and each of them, and that this matter be referred to The Hon. Gabriel Gorenstein, U.S.M.J., for an inquest into damages.

Dated: September 29, 2022

                                                  /s/ Colleen McMahon
                                                         U.S.D.J.

BY ECF TO ALL COUNSEL
BY EMAIL TO MAGISTRATE JUDGE GORENSTEIN