UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTONIO ESTRADA et al.,                          :

               Plaintiffs,                      :     ORDER

   -v.-                                                     :
                                                   22 Civ. 2123 (CM) (GWG)

LAGOS LOUNGE INC. et al.,,                       :

               Defendants.                      :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Plaintiff has failed to comply with the Court's Order of October 6, 2022 (Docket # 29) inasmuch as he has not timely filed the materials required by that Order.  Plaintiff is granted until December 9, 2022, to file an application under Fed. R. Civ. P. 6(b) to extend the deadline in the October 6, 2022, Order. If plaintiff fails to timely file such an application, this case may be dismissed for failure to prosecute under Fed. R. Civ. P. 41.

      SO ORDERED.

Dated:  December 5, 2022
           New York, New York

                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge