UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTONIO ESTRADA et al.,                  :

            Plaintiffs,           :        ORDER

   -v.-                                     :
                                           22 Civ. 2123 (CM) (GWG)

LAGOS LOUNGE INC. et al.,            :

            Defendants.     :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court is mystified as to why plaintiff would fail to comply with the Court's Order of December 5, 2022 (Docket # 31). Plaintiff is directed to file the application required by Docket # 31 by December 16, 2022. If counsel fails to do so, the documents filed as Docket ## 32-34 will be stricken as untimely and this case may be dismissed for failure to prosecute.

      The Court notes that in the event that Docket ## 32-34 are not stricken, they suffer the same defect that was previously noted in the filings in the case of Urena v. 0325 Tuta Corp., 20 Civ. 3751 (e.g., Docket ## 88, 93, 95, 97). If plaintiff wishes to cure this defect, he is free to supplement the filing provided (a) the Court grants the motion for an extension and (b) the supplemental filing is made within 5 days of any Court Order granting the extension.

      SO ORDERED.

Dated: December 13, 2022
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge