UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

ANTONIO ESTRADA, individually and on behalf
of all others similarly situated,

        Plaintiff,

    -against-

LAGOS LOUNGE INC.(D/B/A LAGOS
RESTAURANT AND LOUNGE) AND
JOHN-PAUL WADIBIA,

        Defendants.

----------------------------------------x

22 Civ. 2123 (CM)(GWG)

## ORDER DIRECTING ENTRY OF JUDGMENT

McMahon, J.:

    The court has received and reviewed the Report and Recommendation received on April 3, 2023, from The Hon. Gabriel W. Gorenstein U.S.M.J. No objections have been received.

    The court accepts the recommendation of the learned Magistrate Judge and adopts the Report as its opinion.

    The clerk of court is directed to enter judgment as follows:

1. Damages to plaintiff in the total amount of $79,701.12.

2. Attorneys fees in the amount of $3,030, in accordance with the chart on page 19 or 21 of the Report and Recommendation.

3. Costs in the amount of $947.36.

4. Pre-judgment interest at the rate of $9.34 per day for every day after May 1, 2023 prior to the entry of judgment (so if judgment is entered on May 2, pre-judgment interest of $9.34; if on May 3, pre-judgment interest of $18.68; etc.).

    If any portion of the judgment remains unpaid upon the expiration of ninety days from the date judgment is entered, or ninety days after the expiration of the time to appeal if no appeal is

Copies mailed/faxed/handed to counsel on 5/2/2023

then pending, whichever is later, the total amount of the judgment then outstanding shall automatically increase by 15% per N.Y. Labor Law § 198(4).

Dated: May 2, 2023

_____
U.S.D.J.

BY ECF TO ALL COUNSEL

BY FIRST CLASS MAIL TO LAGOS LOUNGE INC AND JOHN-PAUL WADIBIA AT
    306 East 49th Street
    New York, New York 10017