**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
ANTONIO ESTRADA, individually and on
behalf of all others similarly situated,

                    Plaintiff,                            22 **CIVIL** 2123 (CM)(GWG)

            -against-                                **JUDGMENT**

LAGOS LOUNGE INC. (D/B/A LAGOS
RESTAURANT AND LOUNGE) AND
JOHN-PAUL WADIBIA,

                    Defendants.
---------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 2, 2023, the court has received and reviewed the Report and Recommendation received on April 3, 2023, from The Hon. Gabriel W. Gorenstein U.S.M.J. No objections have been received. The court has accepted the recommendation of the learned Magistrate Judge and has adopted the Report as its opinion. Judgment is entered as follows: 1. Damages to plaintiff in the total amount of $79,701.12. 2. Attorney's fees in the amount of $3,030, in accordance with the chart on page 19 or 21 of the Report and Recommendation. 3. Costs in the amount of $947.36. 4. Pre-judgment interest at the rate of $9.34 per day for every day after May 1, 2023 prior to the entry of judgment (so if judgment is entered on May 2, pre-judgment interest of $9.34; if on May 3, pre-judgment interest of $18.68; etc.). If any portion of the judgment remains unpaid upon the expiration of ninety days from the date judgment is entered, or ninety days after the expiration of the time to appeal if no appeal is then pending,

whichever is later, the total amount of the judgment then outstanding shall automatically increase by 15% per N.Y. Labor Law§ 198(4); accordingly, the case is closed.

**Dated:**  New York, New York
May 2, 2023

RUBY J. KRAJICK

_____
Clerk of Court

BY:   K. Mango

_____
Deputy Clerk